RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD
✓ FILED
ENTERED

AUG 3 1 2010

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:09-CR-486-ECR (RJJ) |
| ) | |
| AMANDA COELLO, aka Amanda Gonzalez, ) | |
| ) | |
| Defendant. ) | |

**FINAL ORDER OF FORFEITURE AS TO
DEFENDANT AMANDA COELLO aka Amanda Gonzalez**

On April 22, 2010, this Court entered an Amended Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2 (b)(1) and (2), Title 26, United States Code, Section 5872 and Title 28, United States Code, Section 2461(c) forfeiting property of defendant AMANDA COELLO, aka Amanda Gonzalez to the United States of America;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED pursuant to Fed. R. Crim. P 32.2(b)(4)(A) and (B) that the forfeiture of the property named in the Preliminary Order of Forfeiture is final as to defendant AMANDA COELLO aka Amanda Gonzalez.

DATED this **31** day of **August**, 2010.

_Edward C. Reed_
UNITED STATES DISTRICT JUDGE