```
     ✓ FILED           ___ RECEIVED
     ___ ENTERED       ___ SERVED ON
                       COUNSEL/PARTIES OF RECORD

            OCT - 7 2010

     CLERK US DISTRICT COURT
       DISTRICT OF NEVADA
     BY:_____ DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 2:09-CR-486-ECR (RJJ) |
| v. ) | |
| ) | |
| AMANDA COELLO, ) | |
| aka Amanda Gonzalez, ) | |
| ) | |
| Defendant. ) | |

**FINAL ORDER OF FORFEITURE**

On April 22, 2010, the United States District Court for the District of Nevada entered an Amended Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); and Title 26, United States Code, Section 5872 and Title 28, United States Code, Section 2461(c), based upon the plea of guilty by defendant AMANDA COELLO, aka Amanda Gonzalez to criminal offenses, forfeiting specific property alleged in the Criminal Indictment and shown by the United States to have a requisite nexus to the offense to which defendant AMANDA COELLO, aka Amanda Gonzalez pled guilty.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from July 30, 2010 through August 28, 2010, notifying all known third parties of their right to petition the Court.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

1  This Court finds no petitions are pending with regard to the assets named herein and the time
2  for presenting such petitions has expired.

3  THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,
4  title, and interest in the property hereinafter described is condemned, forfeited, and vested in the
5  United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.
6  32.2(c)(2); Title 26, United States Code, Section 5872 and Title 28, United States Code, Section
7  2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to
8  law:

    (a)    PVC Pipes with Tape and Residue;

    (b)    Bullets and Marbles;

    (c)    Black Powder;

    (d)    Piece of Pipe Bomb;

    (e)    Two Pipe Bomb fragments;

    (f)    Miscellaneous Bullets;

    (g)    Blue Marbles;

    (h)    Green Marble;

    (i)    Pipe Bomb; and

    (j)    Pieces of Duct Tape.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this ___7___ day of ___Oct.___, 2010.

_Edwd C. [signature]_
UNITED STATES DISTRICT JUDGE

# PROOF OF SERVICE

I, Alexandra M. McWhorter, certify that the following individuals were served with copies of the Final Order of Forfeiture on September 30, 2010 by the below identified method of service:

E-mail/ECF

Brenda Weksler
Federal Public Defender
411 E. Bonneville Avenue, Suite 250
Las Vegas, NV 89101
Email: ECF_Vegas@FD.ORG
*Counsel for Amanda Coello aka Amanda Gonzalez*

/s/AlexandraMMcWhorter
ALEXANDRA M. MCWHORTER
Forfeiture Support Associate Clerk